1    Erwin J. Shustak [CBN 119152]
     Thomas C. Frost [CBN 185187]
2    Jonah A. Toleno [CBN 209600]
     jtoleno@shufirm.com
3    Robert L. Hill [CBN 241624]
     rhill@shufirm.com
4    SHUSTAK & PARTNERS, P.C.
     401 West "A" Street, Suite 2330
5    San Diego, CA 92101
     Telephone (619) 696-9500
6    Facsimile (619) 615-5290

7    Attorneys for Petitioner
     DENISE R. REED

8

ORIGINAL
FILED

07 JUL 16 PM 2: 37

E-Filing RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

10

11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

C 07 3648

12    DENISE R. REED,        )   CASE NO.

13           Petitioner,    )
                   )   PETITIONER DENISE R. REED'S
14    vs.                  )   PETITION TO CONFIRM
                   )   ARBITRATION AWARD AGAINST
                   )   RESPONDENTS WHITE PACIFIC
15    WHITE PACIFIC SECURITIES, INC. )   SECURITIES, INC. AND ROY L.
     and ROY L. PANELLI,       )   PANELLI
                   )
16           Respondents.    )
                   )
17                    )

18                    )

19       Petitioner DENISE R. REED ("Reed"), by and through her attorneys, Shustak & Partners,

20   P.C., submits her Petition to Confirm Arbitration Award rendered in her favor and against

21   Respondents WHITE PACIFIC SECURITIES, INC. and ROY L. PANELLI, (collectively,

22   "Respondents") and respectfully alleges:

23                        ## JURISDICTION AND VENUE

24       1.    Reed brings this civil action in accordance with 9 U.S.C. § 9, *et seq.*, to confirm the

25   arbitration award in her favor and against Respondents in an arbitration before the National

26   Association of Securities Dealers ("NASD"), bearing NASD Case No. 04-03449 (the "Arbitration

27   Award"). A true and correct copy of the Arbitration Award, which the NASD served on all parties

28

1

PETITION TO CONFIRM ARBITRATION AWARD

1   on June 5, 2007, is marked and attached to the Declaration of Jonah A. Toleno ("Toleno Dec."),

2   submitted in support of this Petition, as Exhibit "A".

3       2. Jurisdiction and Venue are proper in this Court pursuant to 9 U.S.C. § 9, *et seq.*, as the

4   Arbitration Award was rendered within this District.

5   **PARTIES**

6       3.   Petitioner Reed resides at Reno, Nevada.

7       4.   Respondent WHITE PACIFIC SECURITIES ("White Pacific") is a Nevada corporation

8   with a principal place of business at 231 Sansome St., Suite 4f, San Francisco, CA 94104.

9       5.   Respondent ROY L. PANELLI ("Panelli") is an employee of White Pacific who, upon

10  information and belief, resides in California.

11  **MATERIAL ALLEGATIONS**

12
13      6.   Reed hereby refers to the concurrently filed Declaration of Jonah A. Toleno ("Toleno

14  Dec."), and incorporates that Declaration by reference as though fully set forth in this Petition.

15      7.   Reed initiated the arbitration against Respondents based on Respondents' inaccurate

16  reporting of certain events on Reed's Forms U-4 and U-5 filed with the Central Registration

17
18  Depository ("CRD"). Reed sought expungement of these inaccurate Forms U-4 and U-5, and

19  also alleged causes of action against Respondents for defamation, breach of contract, breach of

20  the implied covenant of good faith and fair dealing, and negligence.

21
22      8.   The matter proceeded to hearing on April 16 - 18, 2007. After the arbitration panel

23  completed a study of all of the facts, circumstances, elements, and proofs regarding the

24  controversies submitted to them, the panel came to a decision and made its Arbitration Award.

25      9.   The panel served its Arbitration Award on the parties on June 5, 2007. The

26  Arbitration Award granted Reed's request for expungement of her Forms U-4 and U-5. The

27  panel further deemed Reed the prevailing party and thus awarded in favor of Reed and against

28

2

PETITION TO CONFIRM ARBITRATION AWARD

1   White Pacific her reasonable attorney's fees in the amount of $158,797.10 and her costs and

2   expenses of suit in the amount of $5,603.70. (Toleno Dec., ¶4, Ex. A,  ¶4).

3

4       10.  As of the current date, White Pacific has only submitted payment of $5,603.70 to

5   cover Reed's costs and expenses. As a result, Reed is still owed the entirety of her attorney's

6   fees in the amount of $158,797.10. (Toleno Dec., ¶5)

7

8       **WHEREFORE,** Reed requests that the Arbitration Award be confirmed and that

9   judgment be entered in favor of Reed and against White Pacific in the amount of $158,797.10,

10  plus post-judgment interest from June 5, 2007, until such time as this amount is fully paid at the

11  legal rate of 10% per annum.

12

13

14  Dated: July 16, 2007                    SHUSTAK & PARTNERS, P.C.

15

16

17                                          By: _____

18                                          Erwin J. Shustak
                                            Thomas C. Frost
19                                          Jonah A. Toleno
20                                          Email: jtoleno@shufirm.com
                                            Robert L. Hill
21                                          Email: rhill@shufirm.com
22

23                                          Attorneys for Petitioner
24                                          DENISE R. REED

25

26

27

28

                                        3