1  Erwin J. Shustak [CBN 119152]
   Thomas C. Frost [CBN 185187]
2  Jonah A. Toleno [CBN 209600]
   jtoleno@shufirm.com
3  Robert L. Hill [CBN 241624]
   rhill@shufirm.com
4  SHUSTAK & PARTNERS, P.C.
   401 West "A" Street, Suite 2330
5  San Diego, CA 92101
   Telephone (619) 696-9500
6  Facsimile (619) 615-5290

7  Attorneys for Petitioner
   DENISE R. REED
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12 DENISE R. REED,                        )    Case No. 4:07-CV-03648-CW
                                          )
          Petitioner,                     )    PETITIONER DENISE R. REED'S FIRST
13                                         )    (1ST) AMENDED PETITION TO
   vs.                                     )    CONFIRM ARBITRATION AWARD
14                                         )
   NATIONAL ASSOCIATION OF                 )
15 SECURITIES DEALERS, INC., WHITE         )
   PACIFIC SECURITIES, INC.                )
16 and ROY L. PANELLI,                     )
                                           )
17        Respondents.                     )
                                           )
18 _____   )

19     Petitioner DENISE R. REED ("Reed"), by and through her attorneys, Shustak & Partners,

20 P.C., submits her First (1st) Amended Petition to Confirm the Arbitration Award rendered in her

21 favor and against Respondents WHITE PACIFIC SECURITIES, INC. ("White Pacific") and ROY

22 L. PANELLI, ("Panelli") on June 5, 2007, and respectfully alleges:

23                           **JURISDICTION AND VENUE**

24     1.    Reed brings this civil action in accordance with 9 U.S.C. § 9, *et seq.*, to confirm the

25 arbitration award in her favor and against White Pacific and Panelli in an arbitration before the

26 NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., ("NASD"), bearing NASD Case

27 No. 04-03449 (the "Arbitration Award"). A true and correct copy of the Arbitration Award, which

28

                                           1
_____
FIRST (1ST) AMENDED PETITION TO CONFIRM ARBITRATION AWARD        4:07-CV-03648-CW

1  the NASD served on all parties on June 5, 2007, is marked and attached to the Declaration of Jonah

2  A. Toleno ("Toleno Dec."), submitted in support of this First (1st) Amended Petition, as Exhibit "A".

3       2.  Jurisdiction and Venue are proper in this Court pursuant to 9 U.S.C. § 9, *et seq.*, as the

4  Arbitration Award was rendered within this District.

5       3.  Jurisdiction is also proper in this Court pursuant to NASD Rule 2130. Reed seeks to

6  confirm the Arbitration Award which grants, in addition to monetary awards, the expungement of

7  certain occurrences on her Central Registration Depository ("CRD") records, all of which

8  occurrences took place prior to April 11, 2004. NASD Rule 2130 governs the expungement of

9  customer complaints from the CRD system.  Rule 2130 specifies that "Members or associated

10 persons seeking to expunge information from the CRD system arising from disputes with customers

11 must obtain an order from a court of competent jurisdiction directing such expungement or

12 confirming an arbitration award containing expungement relief." Rule 2130's requirements for

13 confirmation of an arbitration award apply to complaints lodged prior to April 11, 2004. Thus,

14 jurisdiction over Reed's Petition is proper in this Court.

**PARTIES**

16      4.  Petitioner Reed resides in Reno, Nevada.

17      5.  Respondent White Pacific is a Nevada corporation with a principal place of business at

18 231 Sansome St., Suite 4f, San Francisco, CA 94104.

19      6.  Respondent Panelli is an employee of White Pacific who, upon information and belief,

20 resides in California.

21      7.  Respondent NASD is a corporation with its principal business address at 1735 "K"

22 Street NW, Washington, DC 20006. The registered agent of the NASD within the State of California

23 is Corporate Creations Network, Inc., 131-A Stoney Circle, Suite 500, Santa Rosa, CA 95401.

**MATERIAL ALLEGATIONS**

25
26      8.  Reed hereby refers to the concurrently filed Declaration of Jonah A. Toleno and

27 incorporates that Declaration by reference as though fully set forth in this Petition.

28

FIRST (1ST) AMENDED PETITION TO CONFIRM ARBITRATION AWARD        4:07-CV-03648-CW

9.   Reed initiated the arbitration against White Pacific and Panelli based on the inaccurate reporting of certain events on Reed's Forms U-4 and U-5 filed with the CRD.  Reed sought expungement of these inaccuracies on her Forms U-4 and U-5, and also alleged causes of action for defamation, breach of contract, breach of the implied covenant of good faith and fair dealing, and negligence.  (Toleno Dec., ¶2.)

10.  The matter proceeded to hearing on April 16 - 18, 2007 in San Francisco, California. After the arbitration panel (the "Panel") completed a study of all of the facts, circumstances, elements, and proofs regarding the controversies submitted to them, the Panel came to a decision and made its Arbitration Award. (Toleno Dec., ¶3.)

11.  The NASD served the Arbitration Award on the parties on June 5, 2007.  The Arbitration Award granted Reed's request for expungement of her Forms U-4 and U-5.  Of the seven occurrences on Reed's U-4, U-5 and CRD records for which Reed sought amendment, the panel recommended (a) expungement of five of the occurrences (occurrences "a" - "e" as referenced on the Arbitration Award) on the basis that they were "clearly erroneous", and (b) expungement of two of the occurrences (occurrences "f" and "g" as referenced on the Arbitration Award) on the basis that they were "defamatory". (Toleno Dec., ¶¶4-5, Ex. A, pp. 4-5.)

12.  The panel further deemed Reed the prevailing party and thus awarded in favor of Reed and against White Pacific her reasonable attorneys' fees in the amount of $158,797.10 and her costs and expenses of suit in the amount of $5,603.70.  (Toleno Dec., ¶¶4-6, Ex. A, p.4).

13.  White Pacific's payment of Reed's attorneys' fees was due by July 5, 2007. As of the current date, White Pacific has only submitted payment of $5,603.70 to cover Reed's costs and expenses.  White Pacific confirmed in a letter dated July 5, 2007, that it had not paid the

FIRST (1ST) AMENDED PETITION TO CONFIRM ARBITRATION AWARD          4:07-CV-03648-CW

attorneys' fees but instead deposited in an escrow account. A true and correct copy of White

Pacific's letter to NASD Dispute Resolution dated July 5, 2007, is marked and attached to the

Declaration of Jonah A. Toleno, submitted in support of this First (1st) Amended Petition, as

Exhibit "B". As a result, Reed is still owed the entirety of her attorney's fees in the amount of

$158,797.10, plus post-judgment interest.  (Toleno Dec., ¶7)

14.  Pursuant to the Independent Contractor Agreement between Reed and White Pacific,

Reed is entitled to her attorneys' fees and costs incurred in the filing of this petition. A true and

correct copy of the Independent Contractor Agreement is marked and attached to the Declaration

of Jonah A. Toleno, submitted in support of this First (1st) Amended Petition, as Exhibit "C".

**WHEREFORE,** Reed requests that the Arbitration Award be confirmed in its entirety,

that judgment be entered in favor of Reed and against White Pacific in the amount of

$158,797.10, plus post-judgment interest from June 5, 2007, until such time as this amount is

fully paid at the legal rate of 10% per annum, and that Reed be awarded her reasonable attorneys'

fees and costs incurred in bringing this Petition to Confirm the Arbitration Award.

FIRST (1ST) AMENDED PETITION TO CONFIRM ARBITRATION AWARD                    4:07-CV-03648-CW

DATED: July 24, 2007                Submitted by,

                                    SHUSTAK & PARTNERS, P.C.
                                    ERWIN J. SHUSTAK
                                    THOMAS C. FROST
                                    JONAH A. TOLENO
                                    ROBERT L. HILL


                                    s/Jonah A. Toleno
                                    Attorney for Petitioner
                                    Email: jtoleno@shufirm.com

                                    401 West "A" Street, Suite 2330
                                    San Diego, CA 92101
                                    Telephone: (619) 696-9500
                                    Facsimile: (619) 615-5290


                                    Attorneys for Petioner DENISE R. REED

FIRST (1ST) AMENDED PETITION TO CONFIRM ARBITRATION AWARD          4:07-CV-03648-CW