1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. REED, | ) Case No. 4:07-CV-03648-CW |
| Petitioner, | ) |
| vs. | ) [PROPOSED] ORDER CONFIRMING <br> ) ARBITRATION AWARD |
| NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., WHITE PACIFIC SECURITIES, INC., and ROY L. PANELLI, | ) |
| Respondents. | ) |

Upon the Petition of DENISE R. REED ("Reed"), to Confirm Arbitration Award; and after due consideration of the moving papers, responses thereto, and oral argument of counsel, it is hereby ORDERED that:

(A)     Reed's Petition to Confirm Arbitration Award is granted;

(B)     The arbitration award of the National Association of Securities Dealers, dated June 5, 2007, granting the expungement of Reed's U-4, U-5, and CRD records and awarding a total of $164,400.80, plus post-judgment interest on any amounts not paid by July 5, 2007, to be paid by Respondent WHITE PACIFIC SECURITIES, INC. ("White Pacific") is confirmed in its entirety;

1

1     (C)    Judgment is hereby entered in favor of Reed and against Respondent White Pacific Securities, Inc., in the amount of $158,797.10, plus post-judgment interest from June 5, 2007, until such time as this amount is fully paid at the legal rate of 10% per annum; and

4     (D)    Upon application to the Court, Reed be reimbursed her attorneys' fees and costs incurred in the filing of this Petition.

7 Dated:

                                                Judge, U.S. District Court
                                                Northern District of California