Erwin J. Shustak (CBN 119152)
Thomas C. Frost (CBN 185187)
Jonah A. Toleno (CBN 209600)
Email: jtoleno@shufirm.com
Robert L. Hill (CBN 241624)
Email: rhill@shufirm.com
**SHUSTAK & PARTNERS**
410 West "A" Street, Suite 2330
San Diego, California 92101
Telephone: (619) 696-9500
Facsimile: (619) 615-5290

Attorneys for Petitioner
DENISE R. REED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. REED, | ) Case No. 4:07-CV-03648-CW |
| Petitioner, | ) |
| vs. | ) PROOF OF SERVICE |
| NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., WHITE PACIFIC SECURITIES, INC. and ROY L. PANELLI, | ) |
| Respondents. | ) |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the below named persons the following documents:

**PETITIONER DENISE R. REED'S FIRST (1ST) AMENDED PETITION TO CONFIRM ARBITRATION AWARD;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITIONER DENISE R. REED'S 1st AMENDED PETITION TO CONFIRM ARBITRATION AWARD;**

**DECLARATION OF JONAH A. TOLENO IN SUPPORT OF DENISE R. REED'S FIRST (1st) AMENDED PETITION TO CONFIRM ARBITRATION AWARD;**

**[PROPOSED] ORDER CONFIRMING ARBITRATION AWARD.**

NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.
1735 K Street NW
Washington, DC 2006

*Through their designated Agent for Process of Service*

CORPORATE CREATIONS NETWORK, INC.
131-A Stoney Circle, Suite 500
Santa Rosa, CA 95401


ROBERT T. SULLWOLD
JAMES A. HUGHES
SULLWOLD & HUGHES
235 Montgomery Street, Suite 730
San Francisco, CA 94104
Telephone: (415) 263-1850
Facsimile: (415) 989-9798

*Attorneys for Respondent White Pacific Securities, Inc.*


ROY PANELLI
1436 Grand Avenue
San Rafael, CA 94901-2235


( X )   BY OVERNIGHT DELIVERY.  I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery.


DATED: July 24, 2007

                                         _s/Jonah A. Toleno_
                                         Email: jtoleno@shufirm.com