**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENISE R. REED                                    NO. CV 07-03648 CW

           Petitioner,            **CLERK'S NOTICE RE: FAILURE**
   v.                                            **TO FILE ELECTRONICALLY**
                                                  **DOCKET NOS. 1 - 3.**

WHITE PACIFIC SECURITIES

           Respondent.
_____/

On July 16, 2007, counsel for Petitioner filed a Petition to Confirm Arbitration Award, docket #1, a Memorandum in Support of Petition, docket #2, and a Declaration of Johan A. Toleno in Support of Petition, docket #3, manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Petitioner should submit the Petition to Confirm Arbitration Award, docket #1, the Memorandum in Support of Petition, docket #2, and the Declaration of Johan A. Toleno in Support of Petition, docket #3 , in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do ***not*** e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Dated: August 6, 2007                          Cynthia Lenahan
                                               Deputy Clerk