GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330
rjustice@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Respondent
FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC. ("FINRA") f/k/a NATIONAL
ASSOCIATION OF SECURITIES DEALERS,
INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. REED,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., WHITE PACIFIC SECURITIES, INC. and ROY L. PANELLI,<br><br>　　　　　Respondents. | CASE NO. 4:07-CV-03648-CW<br><br>**STATEMENT OF RESPONDENT FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. ("FINRA") F/K/A NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Respondent Financial Industry Regulatory Authority, Inc. ("FINRA") f/k/a National Association of Securities Dealers, Inc.[1], a private non-governmental party, certifies that FINRA has no corporate parent, affiliate or subsidiary that is publicly held.  FINRA is a non-stock corporation, therefore, there is no publicly traded company that owns 10% or more of its stock.

DATED:  August 8, 2007

        GIBSON, DUNN & CRUTCHER LLP
        ETHAN D. DETTMER
        REBECCA JUSTICE LAZARUS


        By:  s/ Rebecca Justice Lazarus
                Rebecca Justice Lazarus

        Attorneys for Respondent
        FINANCIAL INDUSTRY REGULATORY
        AUTHORITY, INC. f/k/a NATIONAL ASSOCIATION
        OF SECURITIES DEALERS, INC.

100278126_1.DOC

---

[1] On July 30, 2007, National Association of Securities Dealers, Inc. changed its name to Financial Industry Regulatory Authority, Inc.

# DECLARATION OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is One Montgomery Street, San Francisco, California, 94104, in said County and State. On the date indicated below I served the within:

**STATEMENT OF RESPONDENT FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. ("FINRA") F/K/A NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. PURSUANT TO FED.R.CIV.P. 7.1**

to each of the persons named below at the addresses shown as follows:

*Attorneys for Plaintiff*

Jonah A. Toleno
Erwin J. Shustak
Thomas C. Frost
Shustak & Partners, P.C.
401 West A St., Ste. 2330
San Diego, CA  92101
Facsimile:  (619) 615-5290
E-Mail:  jtoleno@shufirm.com, shustak@shufirm.com

 **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed document utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on August 8, 2007.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on August 8, 2007, at San Francisco, California.

/s:/Robin McBain_____
Robin McBain

---

DECLARATION OF SERVICE – STATEMENT OF FINRA PURSUANT TO FED.R.CIV.P 7.1 – Case No. 4:07-CV-03648-CW