GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330
rjustice@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Respondent
FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC. ("FINRA") f/k/a NATIONAL
ASSOCIATION OF SECURITIES DEALERS,
INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. REED,<br><br>       Petitioner,<br><br>  v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., WHITE PACIFIC SECURITIES, INC. and ROY L. PANELLI,<br><br>       Respondents. | CASE NO. 4:07-CV-03648-CW<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED PETITION TO CONFIRM ARBITRATION AWARD** |

1

WHEREAS the First Amended Petition to Confirm Arbitration Award in the above-captioned action was filed on July 24, 2007 and served on Respondent Financial Industry Regulatory Authority, Inc. ("FINRA") f/k/a National Association of Securities Dealers, Inc.[1] on July 25, 2007;

WHEREAS, the parties have stipulated to extend the time for Respondent FINRA to answer or otherwise respond to the First Amended Petition in this action through and including September 14, 2007;

NOW THEREFORE, the parties hereby STIPULATE AND AGREE, and request the Court to order, as follows:

Respondent FINRA, shall have to and including September 14, 2007 within which to file an answer or otherwise respond to the First Amended Petition.

DATED: August 8, 2007

GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER
REBECCA JUSTICE LAZARUS


By:  s/ Rebecca Justice Lazarus
Rebecca Justice Lazarus

Attorneys for Respondent
FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC. ("FINRA") f/k/a NATIONAL
ASSOCIATION OF SECURITIES DEALERS, INC.

DATED: August 8, 2007

SHUSTAK & PARTNERS, P.C.
ERWIN J. SHUSTAK
JONAH A. TOLENO
ROBERT L. HILL


By:  s/ Jonah A. Toleno
Jonah A. Toleno

Attorneys for Petitioner

100276975_1.DOC

---

[1]    On July 30, 2007, National Association of Securities Dealers, Inc. changed its name to Financial Industry Regulatory Authority, Inc.

STIPULATION REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED PETITION – Case No. 4:07-CV-03648-CW

1

## DECLARATION OF SERVICE

2

I, Robin McBain, declare as follows:

3

4

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is One Montgomery Street, San Francisco, California, 94104, in said County and State.  On the date indicated below I served the within:

5

6

**STIPULATION REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED PETITION TO CONFIRM ARBITRATION AWARD**

7

8

to each of the persons named below at the addresses shown as follows:

9

*Attorneys for Plaintiff*

10

Jonah A. Toleno
Erwin J. Shustak
Thomas C. Frost
Shustak & Partners, P.C.
401 West A St., Ste. 2330
San Diego, CA  92101
Facsimile:  (619) 615-5290
E-Mail:  jtoleno@shufirm.com, shustak@shufirm.com

11

12

13

14

15

16

☑  **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed document utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on August 8, 2007.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

17

18

19

20

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on August 8, 2007, at San Francisco, California.

21

22

/s:/Robin McBain_____
Robin McBain

23

24

25

26

27

28