Erwin J. Shustak (CBN 119152)
Thomas C. Frost (CBN 185187)
Jonah A. Toleno (CBN 209600)
Email: jtoleno@shufirm.com
Robert L. Hill (CBN 241624)
Email: rhill@shufirm.com
**SHUSTAK & PARTNERS**
410 West "A" Street, Suite 2330
San Diego, California 92101
Telephone: (619) 696-9500
Facsimile: (619) 615-5290

Attorneys for Petitioner
DENISE R. REED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. REED,<br><br>    Petitioner,<br><br>vs.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., WHITE PACIFIC SECURITIES, INC., and ROY L. PANELLI,<br><br>    Respondents. | Case No. 4:07-CV-03648-CW<br><br>PROOF OF SERVICE FOR RESPONDENT ROY L. PANELLI |

| Attorney or Party without Attorney:<br>Erwin J. Shustak, Esq.<br>Shustak & Partners<br>401 West "A" Street<br>Suite 2330<br>San Diego, CA  92101<br>Telephone No: 619-696-9500   FAX No: 619-615-5290<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United Stated District Court - Northern District Of California | |
| Plaintiff: Denise R. Reed | |
| Defendant: White Pacific Securities, Inc. et al | |

| **PROOF OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C073648CW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Petition to Confirm Arbitration Award; Points & Authorities in Support of Petition to Confirm; Declaration of Jonah A. Toleno; (Proposed) Order; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service and Summons; Waiver of Summons; ECF Registration Information Handout

3. a. Party served:              Roy L. Panelli
   b. Person served:             Roy L. Panelli, Personally

4. Address where the party was served:    1436 Grand Avenue
                                           San Rafael, CA  94901

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 26, 2007 (2) at: 8:00PM

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Oleg Grinshpan                        d. *The Fee for Service was:*    $85.55
   b. Class Action Research &                e. I am: (3) registered California process server
      Litigation Support Services, Inc.           (i)   Independent Contractor
      P O Box 740                                 (ii)  Registration No.:    P-378
      Penryn, CA  95663                           (iii) County:              Sonoma
   c. (866) 663-9590, FAX (866) 663-4955

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Jul. 27, 2007

Judicial Council Form                   PROOF OF SERVICE              (Oleg Grinshpan)        ershu.100835
Rule 982.9.(a)&(b) Rev January 1, 2007  Summons & Complaint