GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330
rjustice@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Respondent
FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC. ("FINRA") f/k/a NATIONAL
ASSOCIATION OF SECURITIES DEALERS,
INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. REED,<br><br>Petitioner,<br><br>v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., WHITE PACIFIC SECURITIES, INC. and ROY L. PANELLI,<br><br>Respondents. | CASE NO. 4:07-CV-03648-CW<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED PETITION TO CONFIRM ARBITRATION AWARD** |

WHEREAS the First Amended Petition to Confirm Arbitration Award in the above-captioned action was filed on July 24, 2007 and served on Respondent Financial Industry Regulatory Authority, Inc. ("FINRA") f/k/a National Association of Securities Dealers, Inc.[1] on July 25, 2007;

---

[1] On July 30, 2007, National Association of Securities Dealers, Inc. changed its name to Financial Industry Regulatory Authority, Inc.

1

STIPULATION REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED PETITION, Case No. 4:07-CV-03648-CW

WHEREAS, the parties stipulated on August 8, 2007 to extend the time for Respondent FINRA to answer or otherwise respond to the First Amended Petition in this action through and including September 14, 2007;

WHEREAS the parties understand that the Court may enter a new scheduling order in this case, but has not yet entered such a schedule;

WHEREAS, Petitioner Denise R. Reed and Respondent FINRA are attempting to resolve this matter without intervention by the Court and therefore have stipulated to extend the time for Respondent FINRA to answer or otherwise respond to the First Amended Petition in this action through and including October 12, 2007;

NOW THEREFORE, the parties hereby STIPULATE AND AGREE, and request the Court to order, as follows:

Respondent FINRA, shall have to and including October 12, 2007 within which to file an answer or otherwise respond to the First Amended Petition.

DATED: September 11, 2007

GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER
REBECCA JUSTICE LAZARUS


By: _s/ Rebecca Justice Lazarus_
        Rebecca Justice Lazarus

Attorneys for Respondent
FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. ("FINRA") f/k/a NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

DATED: September 11, 2007

SHUSTAK & PARTNERS, P.C.
ERWIN J. SHUSTAK
JONAH A. TOLENO
ROBERT L. HILL


By: _s/ Jonah A. Toleno_
        Jonah A. Toleno

Attorneys for Petitioner
DENISE R. REED

2

STIPULATION REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED PETITION, Case No. 4:07-CV-03648-CW