ROBERT T. SULLWOLD (SBN 88139)
JAMES A. HUGHES (SBN 88380)
SULLWOLD & HUGHES
235 Montgomery Street, Suite 730
San Francisco, CA 94104
(415) 263-1850
(415) 989-9798 FAX

Attorneys for
Respondent White Pacific Securities, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. REED,<br><br>           Petitioner<br><br>   v.<br><br>WHITE PACIFIC SECURITIES, INC.<br>and ROY L. PANELLI,<br><br>           Respondents. | Case No.: C07-3648 CW<br><br>**DECLARATION OF ROBERT T. SULLWOLD RE ECF SYSTEM FAILURE**<br><br>**(General Order 45(VI)(E))** |

        I, Robert T, Sullwold, declare as follows:

        1.    I am a member of the Bar of this Court and am one of the attorneys for White Pacific Securities, Inc., a respondent herein. I make this declaration in accordance with General Order 45(VI)(E) and the email notification received from CAND-ECF@NYED.USCOURTS.GOV yesterday at 4:18 p.m.

        2.    At approximately 2 p.m. yesterday, I attempted to log on to the ECF Website in order to file White Pacific's Answer to Reed's Petition to Confirm Arbitration Award. I received an error message reporting that the Website was down. Over the next two hours, I repeated my attempts to log in every half hour and got the same message four times. At 4:18 p.m., I received an email from CAND-ECF@NYED.USCOURTS.GOV stating that the ECF system had been shut off at 10 a,m. that morning.

1

1  Executed this 25th day of September, 2007 at San Francisco, California.

2  I declare under penalty of perjury that the foregoing is true and correct.

3

4                                                           s/ Robert T. Sullwold
                                                              Robert T. Sullwold
5

DECLARATION OF ROBERT T. SULLWOLD RE ECF SYSTEM FAILURE