GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330
rjustice@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Respondent
FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC. ("FINRA") f/k/a NATIONAL
ASSOCIATION OF SECURITIES DEALERS,
INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. REED,<br><br>    Petitioner,<br><br> v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., WHITE PACIFIC SECURITIES, INC. and ROY L. PANELLI,<br><br>    Respondents. | CASE NO. 4:07-CV-03648-CW<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT FINANCIAL INDUSTRY REGULATORY AUTHORITY'S MOTION FOR ADMINISTRATIVE RELIEF FOR VACATION OF ADR SCHEDULING ORDER** |

The motion of respondent Financial Industry Regulatory Authority ("FINRA") f/k/a National Association of Securities Dealers for administrative relief from the ADR Scheduling Order came on for hearing in the above-captioned court, the Honorable Claudia Wilken presiding. Having considered the papers filed and served herein and all arguments made by counsel, and for good cause shown, IT IS HEREBY ORDERED as follows:

FINRA's Motion for Administrative Relief is **GRANTED**. The ADR Scheduling Order is vacated and FINRA is directed to submit a stipulation or other response to the Petition by October 12, 2007.

**IT IS SO ORDERED.**

Dated:_____            _____
                                 Honorable Claudia Wilken
                                 United States District Court Judge