GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330
rjustice@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Respondent
FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC. ("FINRA") f/k/a NATIONAL
ASSOCIATION OF SECURITIES DEALERS,
INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. REED,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., WHITE PACIFIC SECURITIES, INC. and ROY L. PANELLI,<br><br>　　　　　Respondents. | CASE NO. 4:07-CV-03648-CW<br><br>**DECLARATION OF REBECCA JUSTICE LAZARUS IN SUPPORT OF RESPONDENT FINANCIAL INDUSTRY REGULATORY AUTHORITY'S MOTION FOR ADMINISTRATIVE RELIEF FOR VACATION OF ADR SCHEDULING ORDER** |

1

JUSTICE LAZARUS DECLARATION IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF FROM ADR SCHEDULING ORDER; Case No. 4:07-CV-03648-CW

1.  I, Rebecca Justice Lazarus, am an attorney licensed to practice law in the State of California and in the Northern District of California. I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Respondent Financial Industry Regulatory Authority ("FINRA") f/k/a National Association of Securities Dealers in the above-captioned matter. The information below is stated on personal knowledge and if called as a witness, I could and would testify completely thereto.

2.  Pursuant to Civil Local Rule 7-11, FINRA has submitted a joint stipulation from Petitioner Reed and Respondent White Pacific Securities, Inc. stating that they do not oppose FINRA's Administrative Motion.

3.  Also pursuant to Civil Local Rule 7-11, I submit this declaration to explain that FINRA could not obtain a stipulation from Respondent Roy L. Panelli because Mr. Panelli has not answered or appeared in this proceeding.

DATED: September 26, 2007

GIBSON, DUNN & CRUTCHER LLP

By:  s/ Rebecca Justice Lazarus
        Rebecca Justice Lazarus

Attorneys for Respondent
FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC. ("FINRA") f/k/a NATIONAL
ASSOCIATION OF SECURITIES DEALERS, INC.

JUSTICE LAZARUS DECLARATION IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF FROM ADR SCHEDULING ORDER; Case No. 4:07-CV-03648-CW