GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330
rjustice@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Respondent
FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC. ("FINRA") f/k/a NATIONAL
ASSOCIATION OF SECURITIES DEALERS,
INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. REED,<br><br>              Petitioner,<br><br>     v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., WHITE PACIFIC SECURITIES, INC. and ROY L. PANELLI,<br><br>              Respondents. | CASE NO. 4:07-CV-03648-CW<br><br>**STIPULATION OF PETITIONER DENISE R. REED, RESPONDENT WHITE PACIFIC SECURITIES, INC. AND RESPONDENT FINANCIAL INDUSTRY REGULATORY AUTHORITY IN SUPPORT OF RESPONDENT FINANCIAL INDUSTRY REGULATORY AUTHORITY'S MOTION FOR ADMINISTRATIVE RELIEF FOR VACATION OF ADR SCHEDULING ORDER** |

1    WHEREAS, on July 16, 2007, this Court entered an Order Setting Initial Case Management

2  Conference and ADR Deadlines ("ADR Scheduling Order").  That Order provided that the parties

3  must address discovery and file a joint ADR certification pursuant to Civil L.R. 16-8 by October 2,

4  2007.

5    WHEREAS, Petitioner Reed, Respondent White Pacific Securities, Inc. and Respondent

6  Financial Industry Regulatory Authority ("FINRA") agree that the ADR process is not applicable to

7  this proceeding because it involves a petition to confirm an arbitration award, rather than a complaint.

8  Likewise, the other deadlines set forth in the ADR Scheduling Order (deadlines to file 26(f) reports,

9  case management statements and a date for an initial case management conference) are inapplicable

10  to this type of proceeding because it does not involve discovery.

11    WHEREAS, Petitioner Reed and Respondent White Pacific Securities, Inc. do not

12  oppose Respondent FINRA's request that any response or stipulation to the Petition be due by

13  October 12, 2007.

14    NOW THEREFORE, Petitioner Reed, Respondent White Pacific Securities, Inc. and

15  Respondent FINRA hereby STIPULATE AND AGREE, and request the Court to order that the

16  current ADR Scheduling Order is vacated and that FINRA's response or stipulation to the Petition is

17  due by October 12, 2007.

18

19  DATED:  September 26, 2007

20                                      GIBSON, DUNN & CRUTCHER LLP

21

22

23                                      By:  s/ Rebecca Justice Lazarus
                                             Rebecca Justice Lazarus

24                                      Attorneys for Respondent
25                                      FINANCIAL INDUSTRY REGULATORY
                                        AUTHORITY, INC. ("FINRA") f/k/a NATIONAL
26                                      ASSOCIATION OF SECURITIES DEALERS, INC.

27

28

2

STIPULATION IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF FROM ADR SCHEDULING ORDER;
Case No. 4:07-CV-03648-CW

DATED: September 26, 2007

SHUSTAK & PARTNERS, P.C.


By: _s/ Jonah A. Toleno_____
                    Jonah A. Toleno

Attorneys for Petitioner
DENISE R. REED


DATED: September 26, 2007

SULLWOLD & HUGHES


By: _s/ Robert T. Sullwold_____
                    Robert T. Sullwold

Attorneys for Respondent
WHITE PACIFIC SECURITIES, INC.

STIPULATION IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF FROM ADR SCHEDULING ORDER;
Case No. 4:07-CV-03648-CW