**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

October 2, 2007

RE:  CV 07-03648 CW          DENISE R. REED -v- WHITE PACIFIC SECURITIES

Default is entered as to Roy L. Panelli on 10/2/07.

                    RICHARD W. WIEKING, Clerk

                    byClara Pierce  
                    Case Systems Administrator

NDC TR-4  Rev. 3/89