GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330
rjustice@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Respondent
FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC. ("FINRA") f/k/a NATIONAL
ASSOCIATION OF SECURITIES DEALERS,
INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. REED,<br><br>   Petitioner,<br><br> v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., WHITE PACIFIC SECURITIES, INC. and ROY L. PANELLI,<br><br>   Respondents. | CASE NO. 4:07-CV-03648-CW<br><br>**[PROPOSED] JUDGMENT CONFIRMING SECTIONS 3B-3G OF THE ARBITRATION AWARD AND WITHDRAWING REQUEST FOR CONFIRMATION OF SECTION 3A OF THE ARBITRATION AWARD** |

1

Pursuant to Fed. R. Civ. P. 58(a), the Court enters judgment in this matter in accordance with the stipulated order confirming sections 3b-3g of the arbitration award and withdrawing request for confirmation of section 3a of the arbitration award entered on October __, 2007.

**IT IS SO ORDERED.**

Dated:_____          _____
                                Honorable Claudia Wilken
                                United States District Court Judge

2

[PROPOSED] JUDGMENT CONFIRMING SECTIONS 3B-3G OF THE ARBITRATION AWARD AND WITHDRAWING REQUEST FOR CONFIRMATION OF SECTION 3A OF THE AWARD; Case No. 4:07-CV-03648-CW