UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. REED,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., WHITE PACIFIC SECURITIES, INC. and ROY L. PANELLI,<br><br>　　　　　　Respondents. | CASE NO. 4:07-CV-03648-CW<br><br>**ORDER GRANTING RESPONDENT FINANCIAL INDUSTRY REGULATORY AUTHORITY'S MOTION FOR ADMINISTRATIVE RELIEF FOR VACATION OF ADR SCHEDULING ORDER** |

　　　　The motion of respondent Financial Industry Regulatory Authority ("FINRA") f/k/a National Association of Securities Dealers for administrative relief from the ADR Scheduling Order came on for hearing in the above-captioned court, the Honorable Claudia Wilken presiding.  Having considered the papers filed and served herein and all arguments made by counsel, and for good cause shown, IT IS HEREBY ORDERED as follows:

　　　　FINRA's Motion for Administrative Relief is **GRANTED**.  The ADR Scheduling Order is vacated and FINRA is directed to submit a stipulation or other response to the Petition by October 12, 2007.

**IT IS SO ORDERED.**

　　　　10/10/07

Dated:_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Claudia Wilken
　　　　　　　　　　　　　　　　　　　United States District Court Judge

Case 4:07-cv-03648-CW    Document 20    Filed 10/10/2007    Page 2 of 2