


1  GIBSON, DUNN & CRUTCHER LLP
   ETHAN D. DETTMER, SBN 196046
2  edettmer@gibsondunn.com
   REBECCA JUSTICE LAZARUS, SBN 227330
3  rjustice@gibsondunn.com
   One Montgomery Street
4  Suite 3100
   San Francisco, California 94104
5  Telephone: (415) 393-8200
   Facsimile: (415) 986-5309
6
7  Attorneys for Respondent
   FINANCIAL INDUSTRY REGULATORY
   AUTHORITY, INC. ("FINRA") f/k/a NATIONAL
8  ASSOCIATION OF SECURITIES DEALERS,
   INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. REED,<br><br>          Petitioner,<br><br>   v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., WHITE PACIFIC SECURITIES, INC. and ROY L. PANELLI,<br><br>          Respondents. | CASE NO. 4:07-CV-03648-CW<br><br>**STIPULATION AND ORDER CONFIRMING SECTIONS 3B-3G OF THE ARBITRATION AWARD AND WITHDRAWING REQUEST FOR CONFIRMATION OF SECTION 3A OF THE ARBITRATION AWARD** |

1

STIPULATION AND [PROPOSED] ORDER CONFIRMING SECTIONS 3B-3G OF THE ARBITRATION AWARD AND WITHDRAWING PETITIONER'S REQUEST FOR CONFIRMATION OF SECTION 3A OF THE AWARD; Case No. 4:07-CV-03648-CW

1  WHEREAS Respondent Financial Industry Regulatory Authority, Inc. ("FINRA") f/k/a National Association of Securities Dealers, Inc.[1] and Petitioner Denise Reed have agreed to stipulate to the following Proposed Order resolving the petition as it relates to Respondent FINRA and expungement of information regarding Petitioner Reed under the conditions set forth in this stipulation; and

WHEREAS, FINRA's Rule 2130 establishes procedures for FINRA members and associated persons, such as Petitioner Reed, to obtain expungement of customer dispute information from records FINRA maintains in the Central Registration Depository system ("CRD"), and these procedures include obtaining an arbitration award that grants expungement relief, and naming FINRA as a party to the court action in which petitioner seeks a court order confirming the arbitration award;[2] and

WHEREAS, FINRA's involvement in this matter is limited to the expungement of information regarding Petitioner Reed from CRD; and FINRA consents to confirmation of sections **3b-3g (on pages 4-5 of the Award)** of the arbitration award entered on June 4, 2007 in the matter of arbitration between Denise R. Reed, Claimant v. White Pacific Securities, Inc. and Roy L. Panelli, Respondents, Case Number 04-03449 (the "Award"), which sections of the Award direct expungement as follows:

1. FINRA will expunge from CRD all references to the following event described in the Award at sections **3b, 3c, 3d, and 3e**: allegations that Petitioner Reed was the subject of a customer complaint because she obtained a loan from a customer then failed to repay the loan, allegations that while employed at White Pacific Securities, Inc. ("White Pacific") Reed was the was the subject of NASD (now FINRA) regulatory

---

[1] On July 30, 2007, National Association of Securities Dealers, Inc. changed its name to Financial Industry Regulatory Authority, Inc.

[2] FINRA Notice to Members 04-16, available at http://finra.complinet.com/finra/display/display.html?rbid=1189&record_id=1159000477&element_id=1159000478&highlight=2130#r1159000477.

2

action, and allegations that while employed at White Pacific. Reed was the subject of a criminal action or civil fraud in Nevada. This expungement includes:

a. changing the "yes" response to "no" on question 14(b)(1) of the Form U4 amendment filed by White Pacific on March 11, 2004 ("March 11 Form U4), and removal of the related Disclosure Review Page submitted with the March 11 Form U4;

b. changing "yes" responses to "no" on questions 7(a) – (e) of the Form U5 filed by White Pacific on March 12, 2004 ("March 12 Form U5"), and removal of related Disclosure Review Pages submitted with the March 12 Form U5;

c. similar changes to Form U4 amendments subsequently submitted by Integral in response to the above-referenced disclosures on the March 11 Form U4 and the March 12 Form U5;

d. changing the "yes" response to "no" on question 7(c) of the Form U5 amendment filed by Quick & Reilly on August 22, 2003 ("August 22 Form U5") and removal of the related Disclosure Review Page submitted with the August 22 Form U5; and

e. similar changes to all subsequent amendments to Reed's Form U4 submitted by White Pacific and Integral in response to the above-referenced disclosure on the August 22 Form U5.

2. FINRA will expunge from CRD all references to the following event described in the Award at section **3f**: erroneous reporting of a civil matter relating to attorney's fees as a criminal fraud matter.  This expungement includes removal of the information from the following forms: April 1, 2004 Form U4, March 11, 2004 Form U4.  (FINRA is in the process of expunging this information.)

3. FINRA will expunge from CRD all references to the following event described in the Award at section **3g**: erroneous reporting that Petitioner Reed was terminated due to a criminal fraud matter.  This expungement includes removal of the information from

3

the following form: March 12, 2004 Form U5.  (FINRA has already expunged this information.)

WHEREAS Petitioner Reed agrees to withdraw its request for confirmation of section **3A** of the Award, which pertains to the expungement of felony vandalism and aggravated assault charges filed against Petitioner Reed in the General Sessions Court for Knox County, Tennessee;

WHEREAS, FINRA's interest in this matter is limited to the expungement of information in Petitioner Reed's records maintained in CRD, and FINRA, as the entity that also provides the arbitration forum, does not take a position on the sections of the Award that relate only to the dispute between Petitioner Reed and Respondents White Pacific Securities, Inc. and Roy L. Panelli; and therefore FINRA takes no position with regard to sections **1-2 and 4-7 (on pages 4-5 of the Award)** of the Award ;

NOW THEREFORE, the parties hereby STIPULATE AND AGREE, and request the Court to order and enter final judgment, as follows:

The arbitration award entered on June 4, 2007 in the matter of arbitration between Denise R. Reed, Claimant v. White Pacific Securities, Inc. and Roy L. Panelli, Respondents, Case Number 04-03449, concerning disclosures made by White Pacific Securities, Inc. and Roy L. Panelli to FINRA and concerning expungement of these disclosures, is confirmed **as to sections 3b-3g** of the Award, FINRA shall expunge the information described in paragraphs one through three above, and the Court shall enter a final judgment in this matter with respect to confirmation of sections 3b-3g of the award in accordance with this Order.

//
//
//
//
//

4

FINRA shall bear its own costs but shall not bear the costs of any other party.

DATED: October 5, 2007

          GIBSON, DUNN & CRUTCHER LLP


          By:  s/ Rebecca Justice Lazarus
                Rebecca Justice Lazarus

          Attorneys for Respondent
          FINANCIAL INDUSTRY REGULATORY
          AUTHORITY, INC. ("FINRA") f/k/a NATIONAL
          ASSOCIATION OF SECURITIES DEALERS, INC.


DATED: October 5, 2007

          SHUSTAK & PARTNERS, P.C.


          By:  s/ Jonah A. Toleno
                Jonah A. Toleno

          Attorneys for Petitioner
          DENISE R. REED


**IT IS SO ORDERED.**

    10/10/07

Dated:_____     _____

                              Honorable Claudia Wilken
                              United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONFIRMING SECTIONS 3B-3G OF THE ARBITRATION AWARD AND WITHDRAWING PETITIONER'S REQUEST FOR CONFIRMATION OF SECTION 3A OF THE AWARD; Case No. 4:07-CV-03648-CW