UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. REED,<br><br>              Petitioner,<br><br>    v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., WHITE PACIFIC SECURITIES, INC. and ROY L. PANELLI,<br><br>              Respondents. | CASE NO. 4:07-CV-03648-CW<br><br>**JUDGMENT CONFIRMING SECTIONS 3B-3G OF THE ARBITRATION AWARD AND WITHDRAWING REQUEST FOR CONFIRMATION OF SECTION 3A OF THE ARBITRATION AWARD** |

Pursuant to Fed. R. Civ. P. 58(a), the Court enters judgment in this matter in accordance with the stipulated order confirming sections 3b-3g of the arbitration award and withdrawing request for confirmation of section 3a of the arbitration award entered on October 10, 2007.

**IT IS SO ORDERED.**

        10/10/07

Dated:_____

_____
Honorable Claudia Wilken
United States District Court Judge

1