Erwin J. Shustak [CBN 119152]
shustak@shufirm.com
Thomas C. Frost [CBN 185187]
tfrost@shufirm.com
Jonah A. Toleno [CBN 209600]
jtoleno@shufirm.com
SHUSTAK & PARTNERS, P.C.
401 West "A" Street, Suite 2330
San Diego, CA 92101
Telephone (619) 696-9500
Facsimile (619) 615-5290

Attorneys for Petitioner
DENISE R. REED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. REED,<br><br>　　　　Petitioner,<br><br>vs.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., WHITE PACIFIC SECURITIES, INC. and ROY L. PANELLI,<br><br>　　　　Respondents. | Case No. 4:07-CV-03648-CW<br><br>PETITIONER DENISE R. REED'S NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES<br><br>Hearing Date: January 10, 2008<br>Hearing Time: 2:00 p.m.<br>Judge: Hon. Claudia Wilken<br><br>Petition Filed: July 16, 2007 |

TO RESPONDENTS AND THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED THAT at 2:00 p.m., on January 11, 2008, or as soon thereafter as the matter can be heard, Petitioner DENISE R. REED ("Reed") will and hereby does move this Court for an order granting against Respondent WHITE PACIFIC SECURITIES, INC. ("White Pacific"), Reed's attorneys' fees, costs and expenses incurred in the enforcement of her rights as the Prevailing Party in the arbitration underlying this action, totaling $42,140.54.

Such an order is authorized and appropriate pursuant to an independent contractor agreement between Reed and White Pacific(the "Agreement") and the award (the "Award") issued in favor of Reed by Respondent FINANCIAL INDUSTRY REGULATORY AUTHORITY ("FINRA", f/k/a

National Association of Securities Dealers) in the arbitration.. True and correct copies of the Agreement and the Award are attached as Exhibits "A" and "B", respectively, to the Declaration of Jonah A. Toleno, Esq., filed in support of this motion. FINRA designates Reed as the prevailing party and requires Reed to confirm the Award in court prior to executing the relief specified therein. The Agreement provides that the prevailing party is entitled to attorneys' fees, costs, and expenses incurred in the enforcement of that party's rights as the prevailing party. The pertinent portions of the Award having been confirmed by this Court, Reed is entitled to payment of her attorneys' fees and costs incurred in enforcing her rights.

      This motion is based on this Notice; the concurrently filed Memorandum of Points and Authorities, Declaration of Jonah A. Toleno, Esq. and exhibits thereto; and on any argument made in support of this motion.

DATED: December 5, 2007

Submitted by,

SHUSTAK & PARTNERS, P.C.
ERWIN J. SHUSTAK
THOMAS C. FROST
JONAH A. TOLENO

s/Jonah A. Toleno
Attorney for Petitioner
Email: jtoleno@shufirm.com

401 West "A" Street, Suite 2330
San Diego, CA 92101
Telephone: (619) 696-9500
Facsimile: (619) 615-5290

Attorneys for Petioner DENISE R. REED