# DECLARATION OF SERVICE

I, Jonah A. Toleno, declare as follows:

I am employed in the County of San Diego, California; I am over the age of eighteen years and am not party to this action. My business address is 401 West "A" Street, Suite 2330, San Diego, California, 92101. On December 5, 2007, I served the following documents:

PETITIONER DENISE R. REED'S NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES;

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITIONER DENISE R. REED'S MOTION FOR AWARD OF ATTORNEYS' FEES;

DECLARATION OF JONAH A. TOLENO, ESQ., IN SUPPORT OF PETITIONER DENISE R. REED'S MOTION FOR AWARD OF ATTORNEYS' FEES;

[PROPOSED] ORDER GRANTING PETITIONER DENISE R. REED'S MOTION FOR AWARD OF ATTORNEYS' FEES

(X) **BY ECF (ELECTRONIC CASE FILING):** I e-filed the above referenced document utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on November 6, 2007. Counsel of record are required to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

(X) **BY OVERNIGHT DELIVERY:** I deposited said document in a box or other facility regularly maintained by the express service carrier providing overnight delivery to counsel respondent listed below at the address shown.

Roy L. Panelli
1436 Grand Avenue
San Rafael CA 94901

I certify under the penalty of perjury that the foregoing is true and correct and that this Declaration of Service was executed on December 5, 2007, at San Diego, California.

/s Jonah A. Toleno
JONAH A. TOLENO

DECLARATION OF SERVICE                                    4:07-CV-03648-CW