IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENISE R. REED,

    Petitioner,

  v.

WHITE PACIFIC SECURITIES,

    Respondent.
_____/

No. C 07-03648 CW

<u>CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION</u>

    Notice is hereby given that the Court, on its own motion, shall take Petitioner's Motion for Award of Attorneys' Fees under submission on the papers. The hearing previously scheduled for January 10, 2008, is vacated. Opposition will be due December 20, 2007, and any reply will be due December 27, 2007.

Dated: 12/17/07

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk