## DECLARATION OF SERVICE

I, Jonah A. Toleno, declare as follows:

I am employed in the County of San Diego, California; I am over the age of eighteen years and am not party to this action. My business address is 401 West "A" Street, Suite 2330, San Diego, California, 92101. On December 27, 2007, I served the following documents:

**REPLY TO OPPOSITION TO MOTION FOR AWARD OF ATTORNEYS' FEES;**

**DECLARATION OF JONAH A. TOLENO, ESQ., IN SUPPORT OF REPLY.**

(X)    **BY ECF (ELECTRONIC CASE FILING):** I e-filed the above referenced document utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on November 6, 2007. Counsel of record are required to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under the penalty of perjury that the foregoing is true and correct and that this Declaration of Service was executed on December 27, 2007, at San Diego, California.

/s Jonah A. Toleno
JONAH A. TOLENO

DECLARATION OF SERVICE                                                                          4:07-CV-03648-CW